UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Case No. 17-cv-194 |
| v. | ) Judge Kennelly |
| CREDIT BUREAU CENTER, LLC, *et al.*, | ) Magistrate Judge Valdez |
| Defendants. | ) |

**STIPULATION BETWEEN
PLAINTIFF FTC AND DEFENDANT DANNY PIERCE REGARDING
*EX PARTE* TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE,
APPOINTMENT OF A RECEIVER, OTHER EQUITABLE RELIEF, AND ORDER
TO SHOW CAUSE WHY A PRELIMINARY INUNCTION SHOULD NOT ISSUE**

Plaintiff Federal Trade Commission ("FTC") and Defendant Danny Pierce ("Pierce"), by and through the undersigned, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, hereby stipulate and agree:

1. That the rule to show cause hearing on the FTC's motion for a preliminary injunction against Defendant Pierce shall be held on February 8, 2017, at 9:30 a.m., in the Courtroom of the Honorable Matthew F. Kennelly, Courtroom 2103, United States Courthouse, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604. The hearing date currently set for January 25, 2017, at 9:30 a.m. (Dkt. No. 15) is hereby stricken as to Defendant Pierce.

2. That the *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO") entered in this matter on January 11, 2017 (Dkt. No. 16), is hereby

1

extended in full force and effect against Defendant Pierce through and until the close of business on February 8, 2017, or the date of the Court's ruling on the FTC's motion for a preliminary injunction, whichever is later.

Dated: January 23, 2017

**So Stipulated:**

**FOR PLAINTIFF:**

/s/ Guy G. Ward
Guy G. Ward
Samuel A.A. Levine
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603
(312) 960-5634
gward@ftc.gov

**FOR DEFENDANT:**

Danny Pierce

Richard B. Newman
Hinch Newman LLP
40 Wall Street, 35th Floor
New York, NY 10005
(212) 756-8777
rnewman@hinchnewman.com
Attorney for Danny Pierce
(*Pro Hac Vice* application forthcoming)

**SO ORDERED,** this _____ day of _____, 2017, at _____.m.

_____
Hon. Matthew F. Kennelly
United States District Judge
Northern District of Illinois