**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) <br> ) <br> ) Case No. 17-cv-194 <br> ) <br> ) Judge Kennelly <br> ) <br> ) Magistrate Judge Valdez <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| CREDIT BUREAU CENTER, LLC, *et al.*, | |
| Defendants. | |

**STIPULATION BETWEEN
PLAINTIFF FTC AND DEFENDANT ANDREW LLOYD REGARDING
*EX PARTE* TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE,
APPOINTMENT OF A RECEIVER, OTHER EQUITABLE RELIEF, AND ORDER
TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Plaintiff Federal Trade Commission ("FTC") and Defendant Andrew Lloyd ("Lloyd"), by and through the undersigned, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, hereby stipulate and agree:

1. That the rule to show cause hearing on the FTC's motion for a preliminary injunction against Defendant Lloyd shall be held on February 8, 2017, at 9:30 a.m., in the Courtroom of the Honorable Matthew F. Kennelly, Courtroom 2103, United States Courthouse, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604. The hearing date currently set for January 25, 2017, at 9:30 a.m. (Dkt. No. 15) is hereby stricken as to Defendant Lloyd.

2. That the *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO") entered in this matter on January 11, 2017 (Dkt. No. 16), is hereby

1

extended in full force and effect against Defendant Lloyd through and until the close of business on February 8, 2017, or the date of the Court's ruling on the FTC's motion for a preliminary injunction, whichever is later.

Dated: January 23, 2017

**So Stipulated:**

**FOR PLAINTIFF:**

/s/ Guy G. Ward
Guy G. Ward
Samuel A.A. Levine
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603
(312) 960-5634
gward@ftc.gov

**FOR DEFENDANT:**

Andrew Lloyd

Andrew B. Gordon
Gordon Law Group, Ltd.
400 Central Ave., Suite 340
Northfield, Illinois 60093
(847) 235-6095
abg@gordonlawltd.com
Attorney for Andrew Lloyd

**SO ORDERED**, this _____ day of _____, 2017, at _____ .m.

_____
Hon. Matthew F. Kennelly
United States District Judge
Northern District of Illinois

## CERTIFICATE OF SERVICE

I, Guy G. Ward, an attorney, hereby certify that, on January 24, 2017, I caused to be served true copies of **Stipulation Between Plaintiff FTC And Defendant Andrew Lloyd Regarding Ex Parte Temporary Restraining Order With Asset Freeze, Appointment Of A Receiver, Other Equitable Relief, And Order To Show Cause Why A Preliminary Injunction Should Not Issue** through the CM/ECF System on all counsel of record, and by email on the following:

Gregory Zini
Barclay Damon LLP
200 Delaware Avenue, Suite 1200
Buffalo, NY 14202
(716) 858-3750
gzini@barclaydamon.com
*Counsel for Defendants Credit Bureau Center and Michael Brown*

Richard B. Newman
Hinch Newman LLP
40 Wall Street, 35th Floor
New York, NY 10005
(212) 756-8777
rnewman@hinchnewman.com
*Counsel for Defendant Danny Pierce*

Andrew B. Gordon
Gordon Law Group, Ltd.
400 Central Ave., Suite 340
Northfield, IL 60093
(847) 235-6095
abg@gordonlawltd.com
*Counsel for Defendant Andrew Lloyd*

/s/Guy G. Ward
Guy G. Ward
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603
(312) 960-5612
gward@ftc.gov