UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) ) ) Case No. 17-cv-194 ) ) Judge Kennelly ) ) Magistrate Judge Valdez ) ) ) ) |
| Plaintiff, | |
| v. | |
| CREDIT BUREAU CENTER, LLC, *et al.*, | |
| Defendants. | |

**STIPULATION BETWEEN PLAINTIFF FTC AND DEFENDANTS
CREDIT BUREAU CENTER, LLC AND MICHAEL BROWN REGARDING
*EX PARTE* TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE,
APPOINTMENT OF A RECEIVER, OTHER EQUITABLE RELIEF, AND ORDER
TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Plaintiff Federal Trade Commission ("FTC") and Defendants Credit Bureau Center, LLC ("CBC") and Michael Brown ("Brown"), by and through the undersigned, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, hereby stipulate and agree:

1. That the rule to show cause hearing on the FTC's motion for a preliminary injunction against Defendants CBC and Brown shall be held on February 8, 2017, at 9:30 a.m., in the Courtroom of the Honorable Matthew F. Kennelly, Courtroom 2103, United States Courthouse, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604. The hearing date currently set for January 25, 2017, at 9:30 a.m. (Dkt. No. 15) is hereby stricken as to Defendants CBC and Brown.

2. That the *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO") entered in this matter on January 11, 2017 (Dkt. No. 16), is hereby

1

extended in full force and effect against Defendants CBC and Brown through and until the close of business on February 8, 2017, or the date of the Court's ruling on the FTC's motion for a preliminary injunction, whichever is later.

Dated: January 24, 2017

**So Stipulated:**

FOR PLAINTIFF:

/s/ Guy G. Ward
Guy G. Ward
Samuel A.A. Levine
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603
(312) 960-5634 [telephone]
gward@ftc.gov

FOR DEFENDANTS:

/s/ Lawrence C. Rubin
Lawrence C. Rubin
Taft Stettinius & Hollister LLP
111 East Wacker, Suite 2800
Chicago, IL 60601
(312) 836-4017
lrubin@taftlaw.com

Gregory Zini
Barclay Damon
200 Delaware Ave., Ste. 1200
Buffalo, NY 14202
(716) 858-3750
gzini@barclaydamon.com
(*Pro Hac Vice* application forthcoming)

**SO ORDERED,** this _____ day of _____, 2017, at _____.m.

_____
Hon. Matthew F. Kennelly
United States District Judge
Northern District of Illinois

## CERTIFICATE OF SERVICE

I, Guy G. Ward, an attorney, hereby certify that, on January 24, 2017, I caused to be served true copies of **Stipulation Between Plaintiff FTC And Defendants Credit Bureau Center, LLC and Michael Brown Regarding Ex Parte Temporary Restraining Order With Asset Freeze, Appointment Of A Receiver, Other Equitable Relief, And Order To Show Cause Why A Preliminary Injunction Should Not Issue** through the CM/ECF System on all counsel of record, and by email on the following:

| | |
|---|---|
| Gregory Zini | Lawrence C. Rubin |
| Barclay Damon LLP | Taft Stettinius & Hollister LLP |
| 200 Delaware Avenue, Suite 1200 | 111 E. Wacker, Ste. 2800 |
| Buffalo, NY 14202 | Chicago, IL 60601 |
| (716) 858-3750 | (312) 836-4017 |
| gzini@barclaydamon.com | lrubin@taftlaw.com |

*Counsel for Defendants Credit Bureau Center, LLC and Michael Brown*

Richard B. Newman
Hinch Newman LLP
40 Wall Street, 35th Floor
New York, NY 10005
(212) 756-8777
rnewman@hinchnewman.com
*Counsel for Defendant Danny Pierce*

Andrew B. Gordon
Gordon Law Group, Ltd.
400 Central Ave., Suite 340
Northfield, IL 60093
(847) 235-6095
abg@gordonlawltd.com
*Counsel for Defendant Andrew Lloyd*

                                                /s/Guy G. Ward
                                                Guy G. Ward
                                                Federal Trade Commission
                                                55 West Monroe Street, Suite 1825
                                                Chicago, Illinois 60603
                                                (312) 960-5612
                                                gward@ftc.gov