**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**FEDERAL TRADE COMMISSION**,

      *Plaintiff*,

  -*vs*-

**CREDIT BUREAU CENTER, LLC,** *et al.*,

      *Defendants*.

Case No. 17-cv-194

## DECLARATION OF GREGORY ZINI

**GREGORY ZINI**, under penalty of perjury and in accordance with 28 U.S.C. § 1746, states and declares that the following is true and correct:

1. I am a partner in the law firm of Barclay Damon, LLP, co-counsel for Defendants Credit Bureau Center, LLC and Michael Brown in this matter and submit this Declaration in support of the accompanying Motion, pursuant to Local Rule 83.17 and Rule 1.16 of the Illinois Rules of Professional Conduct ("RPC"), for leave to Withdraw as Counsel for Defendants Credit Bureau Corporation ("CBC") and Michael Brown. I am fully familiar with the facts and circumstances of this matter. This Declaration is based upon my personal knowledge. Other co-counsel who have appeared as counsel of record in this matter, and who also are moving to withdraw, are Parker R. MacKay, of the Law Offices of Parker MacKay, and Lawrence C. Rubin, of Taft Stettinus & Hollister LLP.

2. This action was commenced by the Federal Trade Commission with the filing of a Complaint on January 10, 2017. The following day, a Temporary Restraining Order was issued by this Court (Hon. Sharon Johnson Coleman. In connection with that Order, Robb Evans & Associates LLC ("Robb Evans") was appointed Temporary Receiver.

3. After oral argument and two days of live testimony, and after due deliberation, on February 21, 2017, the Temporary Restraining Order was converted into a Preliminary Injunction (Hon. Matthew F. Kennelly). That Order provided that Robb Evans would continue as Receiver.

4. On Friday, May 19, 2017, at approximately 5:50 p.m., I (together with co-counsel identified above) received an electronic mail message from Blair Zanzig, Esq., counsel for Robb Evans, in which Mr. Zanzig informed me of his opinion that CBC and/or Mr. Brown had interfered with receivership assets.

5. On Wednesday, May 24, 2017, at 12:30 p.m., Mr. MacKay and I had a teleconference with Guy G. Ward and Samuel A.A. Levine, counsel for the FTC, in which Messrs. Ward and Levine informed us of their opinion that CBC and/or Brown had violated the terms of the Preliminary Injunction. Messrs. Ward and Levine notified us of their intention to bring the alleged violation to the attention of the Court.

6. During the balance of May 24, 2017 and during nearly the whole day of May 25, 2017, Mr. MacKay and I consulted with our clients, with Mr. Rubin, and with each other regarding a possible defense to whatever application would be brought by the FTC. Based upon information obtained during these conversations, as well as several follow-up email messages, it has become clear to me that there is a fundamental disagreement between our clients and their lawyers. In addition, I have become convinced that continuing as counsel to Defendants will contravene my duties and obligations under Rule 1.16 of the Illinois Rules of Professional Conduct and that withdrawal is mandatory under RPC 1.16(a)(1). Withdrawal in the present circumstances is also supported by RPC 1.16(b)(4) and (7).

7. I am aware of various ethics opinions that detail that type and amount of information to support a motion to withdraw due to confidentiality obligations under RPC 1.6. Thus, this Declaration is by design limited in describing the issues that have mandated withdrawal from representation. If the Court requests, I will submit an additional Declaration under seal so that confidential information is not disclosed and no prejudice will result to my clients.

8. Based on the above, it is respectfully submitted that withdrawal by Messrs. MacKay and Rubin and the undersigned is mandated by the Rules of Professional Conduct. We have so notified our clients and have requested that they obtain new counsel. If the motion is granted, we also seek a limited period of time within the action will be stayed in order to allow Defendants to obtain new counsel. Lastly, we seek such additional relief as the Court deems fair and proper.

DATED: Buffalo, New York  
June 1, 2017                                  Respectfully submitted,  
                                               /s/ Gregory Zini_____  
                                              Gregory Zini