UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FEDERAL TRADE COMMISSION,

           Plaintiff,

-vs-

CREDIT BUREAU CENTER, LLC, *et al.*,

           Defendants.

Case No. 17-cv-194

## DECLARATION OF GREGORY ZINI

**GREGORY ZINI**, under penalty of perjury and in accordance with 28 U.S.C. § 1746, states and declares that the following is true and correct

1. My name is Gregory Zini. I am a partner in the law firm of Barclay Damon LLP, counsel for Defendants Credit Bureau Corporation ("CBC") and Michael Brown in the above-captioned action.

2. I have practiced law since 1998. A copy of my biography from my Firm's website is attached hereto as **Exhibit A**.

3. My customary hourly rate is $295.00 per hour and the clients for whom I perform work ordinarily pay that rate. This rate is standard in Buffalo and in Upstate New York, where my practice is based, for an attorney with my level of experience. This rate is substantially below the rate normally charged by an attorney practicing in the United States District Court for the Northern District of Illinois with my level of experience in connection with this type of matter.

4. In this matter, I was briefly assisted by Charles von Simson, a partner with 22 years of experience, also at an hourly rate of $295.00, and Sarah A. O'Brien, a first-year

associate with an hourly rate of $170.00. Mr. von Simson and Ms. O'Brien primarily assisted with research and drafting while I was in Chicago for this matter (either for the original preliminary injunction hearing or for the evidentiary hearing concerning the preliminary injunction motion). In my experience, an hourly rate of $170.00 is appropriate for a first-rate associate in the Buffalo, New York market.

5. A true and correct copy of Barclay Damon's invoice for legal expenses and costs in this matter, through May 19, 2017, is attached hereto as **Exhibit B.**

6. I request two adjustments to the invoice: First, on February 9, 2017, I was "oversold" on a flight from Chicago to Buffalo, and spent 2.5 hours at O'Hare International Airport that I would not have ordinarily spent. I do not believe that a client should be charged or would pay for airline delay time. Accordingly, I request a reduction of $737.50. Second, I have spent more than five hours on the preparation and filing of the fee petition to which this Declaration pertains, and that time is not reflected on the invoice. Accordingly, I request an addition of $1,475.00, representing a charge for five hours of time. The total fee for which Barclay Damon applies is $82,407.10. I note that the invoice does not include any time related to our evaluation of the events of the week of May 22, 2017, nor does it include any time related to our consideration of, preparation, or filing of our pending Motion to Withdraw.

7. Barclay Damon consulted a database regarding fees charged by attorneys in Upstate New York and in Chicago. That database is subscription based, but is available at https://www.thomsonreuters.com/en/products-services/legal/large-law-firm-practice-and-management/peer-monitor.html. A printout from that database is attached hereto as **Exhibit C.** It indicates that the median hourly rate for a litigation attorney in Upstate New York is $330.00. It also indicates that the median hourly rate for a litigation equity partner, such as Lawrence C.

2

Rubin, Esq., in Chicago, is $542.00 per hour, and that the median hourly rate for a litigation non-equity partner, such as myself, is $461.00 per hour.

8. There exists $150,000.00 in a pre-paid retainer in two trust accounts: $145,000.00 of that amount is in the client trust account of The Law Offices of Parker R. MacKay, and $5000.00 of that amount is in the client trust account of Mr. Rubin's firm, Taft Stettinius & Hollister LLP. No amount of any retainer has been applied by either of those firms to any invoice. No amount of any retainer has been transferred to my firm. In other words, the retainer amount has remained frozen, as agreed.

9. The retainer is sufficient to cover the fees and costs sought by the Petition to which this Declaration pertains. The Receiver remains in possession of over $2.2 million seized from the Defendants in this matter.

DATED: Buffalo, New York
June 2, 2017

Respectfully submitted,
/s/ Gregory Zini
Gregory Zini

# EXHIBIT A

PEOPLE/GREGORY ZINI



# GREGORY ZINI

**Partner**

p: 716-858-3750
f: 716-856-5510

gzini@barclaydamon.com
Vcard

**Buffalo Office**
The Avant Building
200 Delaware Avenue
Buffalo, New York
14202

### Practice Areas
- Commercial Litigation
- Bankruptcy & Creditors' Rights
- Intellectual Property Litigation

### Education
- State University of New York at Buffalo, B.A., 1993
- University of Tulsa College of Law, J.D., with honors, 1997

### Admitted To Practice
- New York

### Memberships & Affiliations
- New York Bar Association
- Erie County Bar Association

### Civic Activities
- Plymouth Crossroads, Vice President of Board
- The Buffalo Club, Community Service Committee
- Leadership Buffalo, Class of 2011

### Speaking & Publications

---

Gregory Zini is a partner practicing in our Commercial Litigation, Bankruptcy & Creditors' Rights and Intellectual Property Litigation Practice Areas. Gregory works primarily with corporations and professional clients in complex litigation involving commercial transactions, corporate governance, dissolution of business entities, non-competition and confidentiality agreements, franchise litigation, unfair competition, trademark infringement, fraud, and other business torts. Greg also represents general contractors and subcontractors in a variety of construction litigation matters. Additionally, he advises and represents landlords and tenants with respect to commercial leasing disputes.

## Representative Experience

- Successfully opposed a preliminary injunction motion brought by a restaurant operator against a town with which the restaurateur had contracted.
- Obtained a federal judgment in excess of $1 million against tenants who had fraudulently induced a landlord to lease commercial space to them.
- In "bet the company" litigation, successfully opposed a preliminary injunction motion brought by a creditor. If granted, the motion would have left the debtor out of business—and forty employees out of work.
- Prevailed at trial on behalf of an architect in a payment dispute with a project owner.
- Obtained settlement on favorable terms in numerous dissolutions and/or split-ups of partnerships, corporations, and limited liability companies.

- Visiting Professor, University of Arkansas School of Law, 2012, 2013
- Keynote Address, Binational Alliance Advance Manufacturing Trade Show, April 2013

## Honors

- *The Best Lawyers in America*, 2016, 2017 for Commercial Litigation
- Selected by Peer Review for Inclusion in *Super Lawyers* Directory, 2014-2016 for Business Litigation

# EXHIBIT B

5

# BARCLAY DAMON LLP

Parker R. Mackay
3110 Delaware Avenue
Kenmore, NY 14217

May 26, 2017
Invoice No: 4549090
File No. 321879-3085269
Gregory Zini

Re: Defense of Federal Trade Commission enforement proceeding

For Professional Services rendered through May 26, 2017

| DATE | INIT | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/17/17 | GZI | Initial consultation; basic research regarding client. | 1.10 | 324.50 |
| 01/18/17 | SAO | Reviewed, analyzed and summarized FTC's Complaint and Temporary Restraining Order. | 2.60 | 442.00 |
| 01/18/17 | GZI | Teleconference with P. MacKay regarding CBC; reviewed as much of court docket as was available (case is sealed); research regarding FTC attorneys assigned to matter; correspondence and teleconference with FTC attorneys. | 1.10 | 324.50 |
| 01/19/17 | SAO | Telephone conference with attorney P. MacKay ████████████████████████. | 0.40 | 68.00 |
| 01/19/17 | GZI | Reviewed TRO and memorandum of law in support of motion for TRO; reviewed sealing application. | 1.40 | 413.00 |
| 01/20/17 | SAO | Participated in meeting/teleconference with attorneys G. Zini, P. MacKay and L. Rubin regarding Credit Bureau Center LLC / FTC matter. | 1.00 | 170.00 |
| 01/20/17 | SAO | Participated in teleconference with G. Ward, counsel for FTC regarding adjournment of hearing and next steps. | 0.40 | 68.00 |
| 01/20/17 | GZI | Reviewed complaint; teleconference with P. MacKay, L. Rubin, S. O'Brien regarding CBC; teleconference with FTC regarding same; teleconference with M. Brown regarding same. | 2.10 | 619.50 |
| 01/21/17 | GZI | Reviewed and responded to numerous items of correspondence from P. MacKay regarding CBC; teleconferences with M. Brown and P. MacKay regarding same; correspondence among legal team regarding same. | 1.10 | 324.50 |
| 01/22/17 | GZI | Conference with P. MacKay; reviewed correspondence from P. MacKay (including CSID correspondence to CBC); teleconference with M. Brown. | 0.50 | 147.50 |
| 01/23/17 | GZI | Reviewed entire filing except for affidavits. Multiple teleconferences with client, P. MacKay, L. Rubin regarding strategy. Conference with S. O'Brien regarding her role in litigation. | 7.90 | 2,330.50 |

The Avant Building – 200 Delaware Avenue – Buffalo, New York 14202 barclaydamon.com
Federal ID No. 15-0339022 Direct 716 566 1300 Fax 716 566 1301

May 26, 2017
Invoice No. 4549090
File No. 321879-3085269
Parker R. Mackay

| DATE | INIT | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|------:|-------:|
| 01/24/17 | GZI | Teleconferences with FTC. Teleconferences with client. Sent draft letter to FTC. Teleconference with L. Rubin regarding same. Teleconference with P. Mackay regarding same. Conference with S. O'Brien regarding case status. Re-reviewed memo in support of TRO. | 6.60 | 1,947.00 |
| 01/25/17 | GZI | Worked on negotiations with FTC. Multiple teleconferences with client, P. MacKay, and L. Rubin regarding same. Teleconference with S. O'Brien regarding possible opposition to motion for preliminary injunction. | 6.00 | 1,770.00 |
| 01/26/17 | SAO | Telephone conference with G. Zini, G. Ward (attorney for FTC) and B. Kane (Receiver) regarding future business of Zenfia LLC within constraints of TRO. | 0.60 | 102.00 |
| 01/26/17 | GZI | Negotiation with FTC and receiver. Correspondence with client regarding same. Correspondence with P. MacKay regarding same. Teleconference with L. Rubin regarding same. | 5.30 | 1,563.50 |
| 01/27/17 | GZI | Drafted extensive memorandum to M. Brown regarding [REDACTED]. Reviewed and responded to correspondence from G. Ward regarding conversation on 1/27. Reviewed proposed stipulated preliminary injunction, marked up same, and forwarded same to M. Brown and the rest of the legal team. Correspondence and teleconference with M. Brown regarding same. Correspondence with P. MacKay regarding same. Teleconference with L. Rubin regarding opposition to motion for preliminary injunction. Correspondence with legal team regarding opposition. | 6.20 | 1,829.00 |
| 01/27/17 | SAO | Reviewed FTC's draft Preliminary Injunction with attorney G. Zini's tracked changes. | 0.70 | 119.00 |
| 01/28/17 | SAO | Participated in teleconference with G. Zini, L. Rubin, P. McKay and M. Brown regarding strategy in responding/opposing FTC's Preliminary Injunction. | 1.00 | 170.00 |
| 01/28/17 | SAO | Reviewed and analyzed FTC's Memorandum of Law in support of a TRO; researched and distinguished cited cases in preparation for drafting CBC's opposing motion. | 4.70 | 799.00 |
| 01/28/17 | GZI | Teleconference with M. Brown, L. Rubin, P. MacKay, and S. O'Brien regarding strategy for opposing motion for preliminary injunction. Teleconference with P. MacKay and S. O'Brien regarding splitting up tasks regarding same. Multiple items of correspondence to M. Brown regarding evidence in opposition to motion. Reviewed documents. Reviewed FTC memorandum of law in support. Began drafting fact section of opposition. | 5.20 | 1,534.00 |
| 01/29/17 | GZI | Reviewed and responded to correspondence regarding my markup of memorandum of law. | 0.30 | 88.50 |
| 01/30/17 | GZI | Worked on opposition to motion for preliminary injunction. | 5.40 | 1,593.00 |

- 2 -

May 26, 2017
Invoice No. 4549090
File No. 321879-3085269
Parker R. Mackay

| DATE | INIT | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/31/17 | GZI | Teleconference with J. Menchaca regarding CSID. Numerous teleconferences with M. Brown regarding ▮▮▮▮▮▮▮▮▮▮▮▮. Teleconference with G. Ward regarding settlement options. Worked on opposition to motion for preliminary injunction. | 7.30 | 2,153.50 |
| 02/01/17 | SAO | Reviewed and analyzed FTC's Memorandum of Law in support of a TRO; researched and distinguished cited cases in preparation for drafting CBC's opposing motion. | 4.20 | 714.00 |
| 02/01/17 | GZI | Work on opposition to motion for preliminary injunction. | 8.00 | 2,360.00 |
| 02/02/17 | SAO | Researched 7th Circuit FTC case law in preparation of Reply Memorandum: specifically instances where the FTC's preliminary injunction was denied and/or narrowed. | 6.50 | 1,105.00 |
| 02/02/17 | GZI | Work on opposition to motion for preliminary injunction. | 8.40 | 2,478.00 |
| 02/03/17 | SAO | Reviewed and revised Defendant's opposition to FTC's motion for a preliminary injunction, asset freeze and appointment of receiver. | 3.80 | 646.00 |
| 02/03/17 | GZI | Revised brief. Revised declaration of M. Brown. Assembled exhibits to same. Served foregoing upon FTC. Coordinated filing / delivery to Court. Numerous teleconferences with client and with L. Rubin regarding ▮▮▮▮▮▮▮▮▮▮▮▮. Conference with S. O'Brien regarding motion for a sealing order. Correspondence with FTC regarding same. Conferences with C. von Simson and S. O'Brien regarding law cited in brief. Teleconference with J. Dunbar regarding hearing on Feb. 8. Conference with P. MacKay regarding same. | 6.70 | 1,976.50 |
| 02/03/17 | CVS | Reviewed and made draft revisions to memorandum of law in opposition to FTC motion for preliminary injunction; conducted legal research on evidentiary burden imposed by FTC Act and requirements for imposition of an asset freeze; discussed results of legal research with Sarah O'Brien. | 3.20 | 944.00 |
| 02/04/17 | GZI | Teleconference with L. Rubin regarding oral argument February 8. | 0.20 | 59.00 |
| 02/04/17 | GZI | Reviewed stipulations regarding Pierce and Lloyd. Drafted answer (but not yet affirmative defenses). | 1.20 | 354.00 |
| 02/06/17 | SAO | Prepared Defendant's Memorandum of Law in support of its motion to seal Exhibits A, B and G to Declaration of Michael Brown. | 6.40 | 1,088.00 |
| 02/06/17 | GZI | Reviewed and responded to numerous items of correspondence between and among co-counsel and client. Preparation for travel to Chicago. Preparation for hearing. Reviewed report of receiver. Filed motion for admission pro hac vice. Teleconference with Court regarding same. Noticed motion for admission pro hac vice. | 6.20 | 1,829.00 |
| 02/06/17 | SAO | Prepared Defendant's affidavit in support of its motion to seal Exhibits A, B and G. | 2.00 | 340.00 |
| 02/06/17 | CVS | Reviewed and revised memorandum in support of motion to file documents under seal; conducted legal research regarding same. | 3.20 | 944.00 |
| 02/06/17 | CVS | Telephone conference with Gregory Zini regarding motion to file under seal. | 0.20 | 59.00 |

- 3 -

May 26, 2017
Invoice No. 4549090
File No. 321879-3085269
Parker R. Mackay

| DATE | INIT | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/06/17 | CVS | Final revisions to motion to file under seal. | 0.30 | 88.50 |
| 02/07/17 | SAO | Reviewed 7th Circuit case law regarding payment of funds when an asset freeze and receivership are in place. | 0.70 | 119.00 |
| 02/07/17 | GZI | Travel to Chicago. Conference with L. Rubin regarding tomorrow's hearing. Reviewed approximately 450 pages of reply papers served by FTC. Developed outline for tomorrow's hearing. Teleconference with S. O'Brien regarding research I need for tomorrow morning. Conference with P. MacKay regarding tomorrow's hearing. | 12.80 | 3,776.00 |
| 02/08/17 | SAO | Distinguished cases cited in FTC's reply brief and prepared email memorandum regarding same. | 1.70 | 289.00 |
| 02/08/17 | GZI | Oral argument and preparation for same; preparation for live testimony. | 8.90 | 2,625.50 |
| 02/08/17 | CVS | Exchanged email with Sarah O'Brien and Greg Zini regarding case status. | 0.20 | 59.00 |
| 02/09/17 | GZI | Travel from Chicago to Buffalo; teleconference with G. Ward regarding trial; correspondence to G. Ward regarding same. | 7.10 | 2,094.50 |
| 02/10/17 | SAO | Conducted research in anticipation of Defendant CBC's opposition to Plaintiff FTC's motion for leave to introduce rebuttal testimony of Danny Pierce and prepared factual affidavit and memorandum regarding same. | 3.60 | 612.00 |
| 02/10/17 | GZI | Preparation for trial. Reviewed documents from client. Teleconferences with client regarding settlement proposal; correspondence with G. Ward regarding same. Teleconference with client regarding document production; correspondence with B. Zanzig regarding same. Teleconferences with R. Newman regarding D. Pierce. | 6.70 | 1,976.50 |
| 02/10/17 | CVS | Exchanged email correspondence with Sarah O'Brien and Greg Zini regarding motion in limine; telephone conference with Greg Zini regarding same. | 0.50 | 147.50 |
| 02/11/17 | GZI | Preparation for trial. | 1.20 | 354.00 |
| 02/11/17 | CVS | Reviewed draft affirmation of Gregory Zini and exchanged email with Sarah O'Brien regarding comments to same. | 0.50 | 147.50 |
| 02/12/17 | GZI | Travel to Chicago and continued preparation for evidentiary hearing. | 4.80 | 1,416.00 |
| 02/13/17 | GZI | Evidentiary hearing on preliminary injunction motion; preparation for same; preparation for second day of hearing. | 7.10 | 2,094.50 |
| 02/14/17 | GZI | Second day of trial and preparation regarding same. | 9.00 | 2,655.00 |
| 02/15/17 | GZI | Travel from Chicago to Buffalo. | 5.20 | 1,534.00 |
| 02/16/17 | GZI | Correspondence with B. Zanzig regarding access to documents. | 0.20 | 59.00 |
| 02/21/17 | GZI | Teleconferences with L. Rubin and M. Brown. | 0.50 | 147.50 |
| 02/22/17 | GZI | Reviewed and responded to correspondence from B. Zanzig; reviewed correspondence from M. Brown. | 0.20 | 59.00 |

- 4 -

May 26, 2017
Invoice No. 4549090
File No. 321879-3085269
Parker R. Mackay

| DATE | INIT | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/22/17 | GZI | Teleconference with P. MacKay and L. Rubin regarding steps going forward and regarding 2/27 court status conference. | 0.50 | 147.50 |
| 02/27/17 | GZI | Correspondence to Court regarding pretrial conference; reviewed report from P. MacKay regarding same. Commercial Litigation | 0.50 | 147.50 |
| 02/28/17 | GZI | Reviewed and responded to correspondence regarding Rule 26(f) conference. | 0.40 | 118.00 |
| 03/03/17 | GZI | Rule 26f conference; preparation for same; teleconferences with L. Rubin and M. Brown regarding same. | 2.10 | 619.50 |
| 03/06/17 | GZI | Teleconference with client and FTC; preparation for same; correspondence regarding same; memorandum to file and teleconference with client after teleconference. | 3.80 | 1,121.00 |
| 03/07/17 | GZI | Reviewed correspondence from receiver and FTC regarding compliance. Teleconference with FTC and client regarding same. Teleconference with client regarding compliance and regarding settlement. | 4.20 | 1,239.00 |
| 03/10/17 | GZI | Reviewed and responded to correspondence regarding compliance. | 0.20 | 59.00 |
| 03/20/17 | GZI | Reviewed FTC's initial disclosures. Reviewed our memorandum of law in connection with FTC's damages calculation. Reviewed Pierce's initial disclosures. | 0.80 | 236.00 |
| 03/21/17 | SAO | Researched Federal Rule 31 regarding requirements for deposition of non-party upon written questions. | 0.60 | 102.00 |
| 03/22/17 | GZI | Reviewed research from S. O'Brien regarding depositions upon written questions. | 0.20 | 59.00 |
| 04/24/17 | GZI | Work on various aspects of CBC's liability | 8.00 | 2,360.00 |
| 04/24/17 | GZI | Research regarding payment of attorneys' fees in FTC actions. | 7.00 | 2,065.00 |
| 04/25/17 | GZI | Continued research regarding payment fo fees in FTC forfeiture actions. | 7.00 | 2,065.00 |
| 04/26/17 | GZI | Research regarding funds held in trust. Reviewed January correspondence from D. Ling to marketing affiliates regarding Zenfia. | 6.70 | 1,976.50 |
| 04/27/17 | GZI | Teleconference with P. MacKay and M. Brown regarding relationship between Zenfia LLC and CBC. Correspondence to FTC regarding late settlement proposal. Reviewed settlement proposal. Teleconference with M. Brown regarding same. Teleconference with P. MacKay regarding same. Completed research regarding funds held in trust. | 8.00 | 2,360.00 |
| 04/28/17 | GZI | Regarding CBC: Teleconference with P. MacKay and M. Brown regarding settlement agreement. | 0.50 | 147.50 |
| 04/30/17 | GZI | Conference with P. MacKay regarding motion (retainer account), report to receiver, objections to settlement agreement. | 0.30 | 88.50 |
| 05/01/17 | GZI | Drafted and filed motion concerning funds held in trust. Began research regarding attorneys' fees. | 5.40 | 1,593.00 |

May 26, 2017
Invoice No. 4549090
File No. 321879-3085269
Parker R. Mackay

| DATE | INIT | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/17 | GZI | Teleconference with client. Lengthy teleconference with co counsel MacKay. Research regarding fees. | 7.00 | 2,065.00 |
| 05/03/17 | GZI | Several teleconferences with client. | 7.00 | 2,065.00 |
| 05/04/17 | GZI | Reviewed receiver's report and t/c with client and with co-counsel MacKay. | 7.00 | 2,065.00 |
| 05/10/17 | GZI | Teleconference with L. Rubin regarding tomorrow's status conference. | 0.50 | 147.50 |
| 05/10/17 | GZI | Teleconference with client regarding settlement and regarding receiver's request for more information. Reviewed and responded to correspondence from B. Zanzig. | 0.70 | 206.50 |
| 05/11/17 | GZI | Teleconferences (4x) with L. Rubin regarding status conference; teleconference with client and with P. MacKay regarding same. | 0.90 | 265.50 |
| 05/12/17 | GZI | Research regarding regulations issued under ROSCA and FCRA. Teleconference with M. Brown and P. MacKay regarding ■■■■■ | 2.70 | 796.50 |
| 05/18/17 | GZI | Work on revisions to settlement agreement. Research regarding FTC's other settlement agreements in similar circumstances. Teleconference with client and with P. MacKay regarding same. | 4.60 | 1,357.00 |
| 05/19/17 | GZI | Work on fee application. Correspondence with P. MacKay regarding details of representation. | 6.00 | 1,770.00 |
| **Total Hours / Fees** | | | **292.90** | **81,293.00** |

COSTS

| DESCRIPTION | AMOUNT |
|---|---|
| Pacer Search | 1.60 |
| Computerized Legal Research | 325.00 |
| Purchase Card COURTS/USDC-IL-T | 50.00 |
| **Total Costs** | **376.60** |

**Total Current Fees and Costs**        USD    81,669.60

ADDITIONAL INFORMATION

- 6 -

# BARCLAY DAMON LLP

## Remittance Copy

May 26, 2017
Invoice No: 4549090
File No. 321879-3085269
Parker R. Mackay

| | AMOUNT |
|---|---:|
| **Total Current Fees and Costs** | 81,669.60 |
| Prior Unpaid Balance due to Barclay Damon, LLP | 0.00 |
| **Total Payment Enclosed** | |

## *Payment Due Upon Receipt in US Dollars*

Please remit payment to:

Barclay Damon LLP
P.O. Box 1265
Albany, NY 12201-1265

**Instructions for payment by wire transfer are:**

| | |
|---|---|
| Bank Name: | Key Bank National Association |
| Bank Address: | 201 South Warren St., Syracuse, NY 13202 |
| Bank Telephone Number: | (800) 821-2829 |
| Reference Name/number: | 321879-3085269 |
| ABA#: | 021300077 |
| Account #: | 3296 8102 2391 |
| Swift Code for International Wire: | KEYBUS33 |

**When remitting by wire please notify us by email at "payments@barclaydamon.com" identifying which invoice(s) is being paid.**

# EXHIBIT C

# PEER MONITOR

| | |
|---|---|
| **Metric:** | Standard Rates (/hr.) |
| **Time:** | 2016 |
| **Peer Groups:** | Peer Monitor AmLaw 101-200, Upstate New York |
| **Offices:** | All |
| **Title:** | All Partners, Associate |
| **Practices:** | Litigation |

| (2) Title /Litigation | My Firm | | Peer Monitor AmLaw 101-200 | | | Upstate New York | | |
|---|---|---|---|---|---|---|---|---|
| Metric Name | Value | YOY Growth% | Median | YOY Growth% | Quartile | Median | YOY Growth% | Quartile |
| Standard Rates (/hr.) | $292 | 2.7% | $461 | 4.6% | 4 | $330 | 2.0% | 4 |

| Litigation / Equity Partner | My Firm | | Peer Monitor AmLaw 101-200 | | | Upstate New York | | |
|---|---|---|---|---|---|---|---|---|
| Metric Name | Value | YOY Growth% | Median | YOY Growth% | Quartile | Median | YOY Growth% | Quartile |
| Standard Rates (/hr.) | $346 | -1.2% | $596 | 2.8% | 4 | $388 | 0.9% | 4 |

| Litigation / Non-Equity Partner | My Firm | | Peer Monitor AmLaw 101-200 | | | Upstate New York | | |
|---|---|---|---|---|---|---|---|---|
| Metric Name | Value | YOY Growth% | Median | YOY Growth% | Quartile | Median | YOY Growth% | Quartile |
| Standard Rates (/hr.) | $315 | 5.0% | $493 | 0.8% | 4 | * | * | * |

| Litigation / Associate | My Firm | | Peer Monitor AmLaw 101-200 | | | Upstate New York | | |
|---|---|---|---|---|---|---|---|---|
| Metric Name | Value | YOY Growth% | Median | YOY Growth% | Quartile | Median | YOY Growth% | Quartile |
| Standard Rates (/hr.) | $222 | -2.3% | $343 | 3.5% | 4 | $245 | -2.1% | 4 |

---

| | |
|---|---|
| **Metric:** | Standard Rates (/hr.) |
| **Time:** | 2016 |
| **Peer Groups:** | Peer Monitor AmLaw 101-200, Upstate New York |
| **Offices:** | Chicago IL |
| **Title:** | All Partners, Associate |
| **Practices:** | Litigation |

| (2) Title /Chicago IL /Litigation | My Firm | | Peer Monitor AmLaw 101-200 | | | Upstate New York | | |
|---|---|---|---|---|---|---|---|---|
| Metric Name | Value | YOY Growth% | Median | YOY Growth% | Quartile | Median | YOY Growth% | Quartile |
| Standard Rates (/hr.) | X | X | $421 | 3.2% | * | * | * | * |

| Chicago IL / Litigation / Equity Partner | My Firm | | Peer Monitor AmLaw 101-200 | | | Upstate New York | | |
|---|---|---|---|---|---|---|---|---|
| Metric Name | Value | YOY Growth% | Median | YOY Growth% | Quartile | Median | YOY Growth% | Quartile |
| Standard Rates (/hr.) | X | X | $542 | 17.4% | * | * | * | * |

| Chicago IL / Litigation / Non-Equity Partner | My Firm | | Peer Monitor AmLaw 101-200 | | | Upstate New York | | |
|---|---|---|---|---|---|---|---|---|
| Metric Name | Value | YOY Growth% | Median | YOY Growth% | Quartile | Median | YOY Growth% | Quartile |
| Standard Rates (/hr.) | X | X | $461 | -6.6% | * | * | * | * |

| Chicago IL / Litigation / Associate | My Firm | | Peer Monitor AmLaw 101-200 | | | Upstate New York | | |
|---|---|---|---|---|---|---|---|---|
| Metric Name | Value | YOY Growth% | Median | YOY Growth% | Quartile | Median | YOY Growth% | Quartile |
| Standard Rates (/hr.) | X | X | $330 | 8.9% | * | * | * | * |

2016 Litigation Rates - Partner Assoc Upstate NY and AmLaw 101-200 for Zini.xlsx