**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

FEDERAL TRADE COMMISSION,

                Plaintiff,

                Case No. 17-cv-194

-vs-

CREDIT BUREAU CENTER, LLC, *et al.*,

                Defendants.

## DECLARATION IN SUPPORT OF ATTORNEY FEE APPLICATION

**PARKER R. MacKAY, ESQ.**, under penalty of perjury and in accordance with 28 U.S.C. § 1746, states and declares that the following is true and correct:

1. I am currently co-counsel for Defendants Michael Brown and Credit Bureau Center, LLC, along with Gregory Zini of Barclay Damon, LLP and Lawrence Rubin of Taft, Stettinius and Hollister.

2. I make this declaration in support of the attached attorney fee petition, specifically for the purpose of justifying the requested hourly rate.

3. I am currently a solo practitioner in the Buffalo, New York area and have been so since May 2013. I am admitted to practice in New York (since 2013) and California (since 2012), and I also passed the bar exam in Colorado (but declined to seek full admission). My post-law school experience (prior to starting my own practice) includes time spent at the Federal Public Defender and a clerkship for a federal magistrate judge. My private practice experience has included significant jury trial experience (up to and including multiple homicide trials), successful state court appellate results in complex environmental litigation, published federal court appellate results in

statutory discrimination cases, and management of large-scale civil rights "impact litigation" projects.

4. My private practice billing structures vary depending on the nature of the matter. Likewise, my hourly rate varies depending on several factors, including the complexity of the matter and the specific court in which the matter is venued. Because the nature of running my own practice has required me to manage matters completely on my own, I typically request hourly rates higher than one might find for a law firm associate with the same number of years in practice. My average hourly rate for matters in the Buffalo, New York area is $250 per hour. I have received this hourly rate as recently as late 2016/early 2017 for state court commercial litigation matters. For federal court matters in the Buffalo, New York area in which I have billed an hourly rate, I have charged hourly rates of $275 per hour as far back as 2014/2015.

5. I respectfully request an hourly rate of $295 per hour on the basis that it represents a rate commensurate with the complexity and scale of this matter, and that it represents a reasonable increase beyond some of my recently-collected rates so as to fairly account for the nature of handling a matter in a court in a larger metropolitan area which I have not previously appeared.

6. A true and correct copy of my invoice in this matter is attached hereto as **Exhibit A**.

Executed on June 2, 2017

                __s/Parker R. MacKay__
                PARKER R. MacKAY

# EXHIBIT A



**The Law Office of Parker R. MacKay**

3110 Delaware Avenue
Kenmore, NY 14217
United States
Phone: 716-803-8166
Fax: 716-408-1651

# INVOICE

Invoice # 001
Date: 05/22/2017
Due On: 06/21/2017

Michael Brown
PO Box 1463
Christiansted 00821
Virgin Islands, U.S.

## 2017-00089-Brown-CBC/FTC

## CBC/FTC

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 01/17/2017 | A106 Communicate (with client) L110 Fact Investigation/Development: TCs to/from client + GZ re representation/initial case assessment | 3.70 | $295.00 | $1,091.50 |
| Service | 01/18/2017 | A106 Communicate (with client) L120 Analysis/Strategy: TCs to/from client + GZ | 1.00 | $295.00 | $295.00 |
| Service | 01/18/2017 | A104 Review/analyze L220 Preliminary Injunctions/Provisional Remedies: Review TRO docs | 2.50 | $295.00 | $737.50 |
| Service | 01/18/2017 | A107 (ABA) Communicate (other outside counsel) L110 Fact Investigation/Development: Email to GZ/LR re news article | 0.10 | $295.00 | $29.50 |
| Service | 01/19/2017 | A106 Communicate (with client) L120 Analysis/Strategy: TCs to/from client/GZ/receiver | 1.80 | $295.00 | $531.00 |
| Service | 01/19/2017 | A108 Communicate (other external) L110 Fact Investigation/Development: Emails to/from receiver (1/18-1/19) | 0.20 | $295.00 | $59.00 |
| Service | 01/20/2017 | A106 Communicate (with client) L120 Analysis/Strategy: Conf calls w/ FTC & client | 2.50 | $295.00 | $737.50 |
| Service | 01/20/2017 | A106 Communicate (with client) L120 Analysis/Strategy: TCs to/from client/GZ + CSID/Experian attys | 1.30 | $295.00 | $383.50 |
| Service | 01/21/2017 | A106 Communicate (with client) L120 Analysis/Strategy: TC from client | 0.20 | $295.00 | $59.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/02/2017 | A104 Review/analyze L250 Other Written Motions and Submissions: Review drafted TRO opposition MOL + submit changes | 1.50 | $295.00 | $442.50 |
| Service | 02/03/2017 | A103 Draft/revise L250 Other Written Motions and Submissions: Draft client declaration for TRO opposition + review/change as needed by client (2/2-2/3) | 4.50 | $295.00 | $1,327.50 |
| Expense | 02/05/2017 | E110 Out-of-town travel: Air fare BUF-CHI-BUF | 1.00 | $558.40 | $558.40 |
| Expense | 02/06/2017 | E112 Court fees: N.D. Ill. pro hac admission fee | 1.00 | $50.00 | $50.00 |
| Service | 02/06/2017 | A104 Review/analyze L220 Preliminary Injunctions/Provisional Remedies: Review drafted motion to seal + coordinate exhibits w/ client | 1.20 | $295.00 | $354.00 |
| Service | 02/07/2017 | A104 Review/analyze L220 Preliminary Injunctions/Provisional Remedies: TRO OSC prep in CHI | 5.00 | $295.00 | $1,475.00 |
| Expense | 02/08/2017 | E110 Out-of-town travel: CHI local travel (cumulative 2/7-2/8) | 1.00 | $87.75 | $87.75 |
| Expense | 02/08/2017 | E110 Out-of-town travel: CHI hotel | 1.00 | $210.69 | $210.69 |
| Expense | 02/08/2017 | E110 Out-of-town travel: Airport parking (2/7-2/8) | 1.00 | $50.02 | $50.02 |
| Service | 02/08/2017 | A109 Appear for/attend L230 Court Mandated Conferences: Initial appearance/OSC return (including local prep time w/ client + attys) | 8.00 | $295.00 | $2,360.00 |
| Service | 02/10/2017 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Review proposed PI settlement emails | 0.20 | $295.00 | $59.00 |
| Service | 02/10/2017 | A104 Review/analyze L220 Preliminary Injunctions/Provisional Remedies: Review FTC motion to introduce rebuttal testimony/email strategy re response | 0.40 | $295.00 | $118.00 |
| Service | 02/11/2017 | A104 Review/analyze L220 Preliminary Injunctions/Provisional Remedies: Review proposed declaration in response to FTC's motion | 0.30 | $295.00 | $88.50 |
| Service | 02/11/2017 | A104 Review/analyze L120 Analysis/Strategy: Review email re answer extension | 0.10 | $295.00 | $29.50 |
| Service | 02/12/2017 | A103 Draft/revise L440 Other Trial Preparation and Support: Review TRO docs + draft TRO direct/cross scripts/outlines (cumulative 2/10-2/12) | 8.50 | $295.00 | $2,507.50 |
| Service | 02/13/2017 | A107 (ABA) Communicate (other outside counsel) L120 Analysis/Strategy: Emails to/from GZ re hearing prep (cumulative 2/11-2/13) | 0.20 | $295.00 | $59.00 |
| Service | 02/13/2017 | A103 Draft/revise L220 Preliminary Injunctions/Provisional Remedies: Draft direct/cross scripts for GZ for PI hearing (cumulative 2/12-2/13) | 4.50 | $295.00 | $1,327.50 |

Invoice # 001 - 05/22/2017

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/14/2017 | A107 (ABA) Communicate (other outside counsel) L220 Preliminary Injunctions/Provisional Remedies: TCs/ emails to/from GZ re PI hearing (cumulative 2/13-2/14) | 0.50 | $295.00 | $147.50 |
| Service | 02/21/2017 | A104 Review/analyze L120 Analysis/Strategy: Review emails re receivership access (2/17-2/21) | 0.30 | $295.00 | $88.50 |
| Service | 02/21/2017 | A104 Review/analyze L220 Preliminary Injunctions/ Provisional Remedies: Review PI hearing decision + TCs/emails to/from GZ + MB re next steps | 1.50 | $295.00 | $442.50 |
| Service | 02/21/2017 | A104 Review/analyze L220 Preliminary Injunctions/ Provisional Remedies: Review FTC's proposed PI order | 0.50 | $295.00 | $147.50 |
| Service | 02/21/2017 | A104 Review/analyze L220 Preliminary Injunctions/ Provisional Remedies: Review granted PI order + emails to set up confirmed call | 0.50 | $295.00 | $147.50 |
| Service | 02/21/2017 | A104 Review/analyze L120 Analysis/Strategy: Review google drive from MB + emails to GZ re receiver handoff | 0.50 | $295.00 | $147.50 |
| Service | 02/22/2017 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration: TC from MB re status | 0.20 | $295.00 | $59.00 |
| Service | 02/23/2017 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration: Review email from GW re contact from MB + TC to client re speaking directly to FTC attys | 0.20 | $295.00 | $59.00 |
| Service | 02/23/2017 | A107 (ABA) Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration: Emails/TCs re coverage for upcoming status conf | 0.30 | $295.00 | $88.50 |
| Service | 02/24/2017 | A104 Review/analyze L190 Other Case Assessment, Development and Administration: Email from MB re ▮▮▮▮▮ | 0.10 | $295.00 | $29.50 |
| Service | 02/27/2017 | A109 Appear for/attend L230 Court Mandated Conferences: Status conf by phone, update attys by email | 1.00 | $295.00 | $295.00 |
| Service | 02/27/2017 | A104 Review/analyze L220 Preliminary Injunctions/ Provisional Remedies: Review proposed FTC order re BOA acct | 0.20 | $295.00 | $59.00 |
| Service | 02/27/2017 | A104 Review/analyze L220 Preliminary Injunctions/ Provisional Remedies: Review court's text order from status conf | 0.10 | $295.00 | $29.50 |
| Service | 02/27/2017 | A106 Communicate (with client) L120 Analysis/ Strategy: TC to MB re status conf update | 0.50 | $295.00 | $147.50 |

Invoice # 001 - 05/22/2017

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/28/2017 | A108 Communicate (other external) L310 Written Discovery: Email from FTC re conf on discovery schedule | 0.10 | $295.00 | $29.50 |
| Service | 02/28/2017 | A104 Review/analyze L220 Preliminary Injunctions/ Provisional Remedies: Review ltr from receiver's counsel + research points raised | 0.80 | $295.00 | $236.00 |
| Service | 03/01/2017 | A104 Review/analyze L190 Other Case Assessment, Development and Administration: Emails from GZ/MB re business intellectual prop | 0.20 | $295.00 | $59.00 |
| Service | 03/02/2017 | A106 Communicate (with client) L220 Preliminary Injunctions/Provisional Remedies: Emails to/from MB re ▇▇▇▇▇▇▇▇ | 0.40 | $295.00 | $118.00 |
| Service | 03/03/2017 | A107 (ABA) Communicate (other outside counsel) L310 Written Discovery: Rule 26 conf review/discussion | 0.50 | $295.00 | $147.50 |
| Service | 03/06/2017 | A106 Communicate (with client) L220 Preliminary Injunctions/Provisional Remedies: Emails re receiver compliance | 0.70 | $295.00 | $206.50 |
| Service | 03/07/2017 | A106 Communicate (with client) L220 Preliminary Injunctions/Provisional Remedies: Further emails re receiver compliance/log-ins | 0.30 | $295.00 | $88.50 |
| Service | 03/15/2017 | A107 (ABA) Communicate (other outside counsel) L220 Preliminary Injunctions/Provisional Remedies: Emails re receiver unable to access database (3/10-3/15) | 0.20 | $295.00 | $59.00 |
| Service | 03/15/2017 | A106 Communicate (with client) L220 Preliminary Injunctions/Provisional Remedies: Email + TC from MB re settlement/PI | 0.60 | $295.00 | $177.00 |
| Service | 03/16/2017 | A104 Review/analyze L310 Written Discovery: Review Pierce Rule 26 disclosures | 0.20 | $295.00 | $59.00 |
| Service | 03/16/2017 | A107 (ABA) Communicate (other outside counsel) L220 Preliminary Injunctions/Provisional Remedies: Emails re receiver database log-in | 0.20 | $295.00 | $59.00 |
| Service | 03/17/2017 | A106 Communicate (with client) L120 Analysis/ Strategy: Email from MB | 0.10 | $295.00 | $29.50 |
| Service | 03/18/2017 | A106 Communicate (with client) L120 Analysis/ Strategy: Email from MB re status | 0.20 | $295.00 | $59.00 |
| Service | 03/20/2017 | A104 Review/analyze L310 Written Discovery: Review FTC Rule 26 disclosures/cross-check w/ other disclosures/complaint | 1.50 | $295.00 | $442.50 |
| Service | 03/20/2017 | A107 (ABA) Communicate (other outside counsel) L310 Written Discovery: Emails to/from GZ/FTC re 26 disclosure status | 0.20 | $295.00 | $59.00 |


| | | | | | |
|---|---|---|---|---|---|
| Service | 03/20/2017 | A104 Review/analyze L220 Preliminary Injunctions/Provisional Remedies: Review receiver's report, send to MB | 0.50 | $295.00 | $147.50 |
| Service | 03/20/2017 | A106 Communicate (with client) L220 Preliminary Injunctions/Provisional Remedies: Email from MB re receiver's report | 0.10 | $295.00 | $29.50 |
| Service | 03/21/2017 | A106 Communicate (with client) L220 Preliminary Injunctions/Provisional Remedies: Email + TC from MB re FTC pre-suit investigation | 0.30 | $295.00 | $88.50 |
| Service | 03/21/2017 | A104 Review/analyze L210 Pleadings: Review filed Lloyd answer | 0.50 | $295.00 | $147.50 |
| Service | 03/21/2017 | A106 Communicate (with client) L220 Preliminary Injunctions/Provisional Remedies: TC from MB re receivership question | 0.20 | $295.00 | $59.00 |
| Service | 03/24/2017 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Emails to/from MB/GZ re settlement strategy | 0.40 | $295.00 | $118.00 |
| Service | 03/24/2017 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: TCs to/from MB re settlement/case strategy | 0.40 | $295.00 | $118.00 |
| Service | 03/25/2017 | A104 Review/analyze L230 Court Mandated Conferences: Review text order rescheduling status conf | 0.10 | $295.00 | $29.50 |
| Service | 03/27/2017 | A104 Review/analyze L230 Court Mandated Conferences: Review/discuss answer + Rule 26 disclosures prior to filing | 1.70 | $295.00 | $501.50 |
| Service | 03/27/2017 | A106 Communicate (with client) L110 Fact Investigation/Development: Emails from MB re FTC pre-suit investigation | 0.50 | $295.00 | $147.50 |
| Service | 03/28/2017 | A108 Communicate (other external) L230 Court Mandated Conferences: Emails/TCs re recap of status conf + next steps | 0.90 | $295.00 | $265.50 |
| Service | 03/29/2017 | A106 Communicate (with client) L120 Analysis/Strategy: TC from MB re case status | 0.50 | $295.00 | $147.50 |
| Service | 04/03/2017 | A106 Communicate (with client) L220 Preliminary Injunctions/Provisional Remedies: Emails to/from GZ + MB re sale of car/PI ramifications | 0.30 | $295.00 | $88.50 |
| Service | 04/05/2017 | A106 Communicate (with client) L220 Preliminary Injunctions/Provisional Remedies: Emails to/from MB/GZ re log-in compliance | 0.50 | $295.00 | **$147.50** |
| Service | 04/05/2017 | A106 Communicate (with client) L120 Analysis/Strategy: TC from client re case status | 0.20 | $295.00 | $59.00 |

Invoice # 001 - 05/22/2017

| | | | | | |
|---|---|---|---|---|---|
| Service | 04/12/2017 | A106 Communicate (with client) L220 Preliminary Injunctions/Provisional Remedies: Emails/TCs re Zenfia asset freeze | 1.50 | $295.00 | $442.50 |
| Service | 04/12/2017 | A107 (ABA) Communicate (other outside counsel) L120 Analysis/Strategy: Conf call w/ GZ + LR re asset freeze/research on tainted/untainted funds law + email to GZ/LR re position on assets | 2.70 | $295.00 | $796.50 |
| Service | 04/13/2017 | A104 Review/analyze L190 Other Case Assessment, Development and Administration: Review motion for extension pre-filing + granted text order/receiver's motion for fees + send copies to MB | 1.10 | $295.00 | $324.50 |
| Service | 04/19/2017 | A104 Review/analyze L220 Preliminary Injunctions/ Provisional Remedies: Review text order re motion on receiver fees + emails to/from MB re receivership q's | 0.50 | $295.00 | $147.50 |
| Service | 04/20/2017 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration: Review USVI tax incentive issue from MB | 0.50 | $295.00 | $147.50 |
| Service | 04/21/2017 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration: Email re receiver log-in issue | 0.10 | $295.00 | $29.50 |
| Service | 04/21/2017 | A106 Communicate (with client) L190 Other Case Assessment, Development and Administration: TCs to/from MB [redacted] | 0.50 | $295.00 | $147.50 |
| Service | 04/24/2017 | A107 (ABA) Communicate (other outside counsel) L220 Preliminary Injunctions/Provisional Remedies: Emails to/from GZ/MB re [redacted] | 0.70 | $295.00 | $206.50 |
| Service | 04/24/2017 | A107 (ABA) Communicate (other outside counsel) L220 Preliminary Injunctions/Provisional Remedies: Email from client re [redacted] | 0.10 | $295.00 | $29.50 |
| Service | 04/27/2017 | A104 Review/analyze L160 Settlement/Non-Binding ADR: Review FTC settlement example from MB + research similarities in present case | 2.00 | $295.00 | $590.00 |
| Service | 04/28/2017 | A102 Research L160 Settlement/Non-Binding ADR: Research on disgorgement vs restitution in FTCA cases | 1.70 | $295.00 | $501.50 |
| Service | 04/28/2017 | A107 (ABA) Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Review prior MB email re [redacted] + email to GZ [redacted] | 0.50 | $295.00 | $147.50 |
| Service | 05/01/2017 | A104 Review/analyze L220 Preliminary Injunctions/ Provisional Remedies: Review/forward input on motion re fees in trust account | 1.20 | $295.00 | $354.00 |
| Service | 05/01/2017 | A107 (ABA) Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Draft settlement points/ receiver issues docs and email to GZ | 2.20 | $295.00 | $649.00 |

Invoice # 001 - 05/22/2017

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/03/2017 | A104 Review/analyze L220 Preliminary Injunctions/ Provisional Remedies: Review filed receiver's status report | 0.50 | $295.00 | $147.50 |
| Service | 05/09/2017 | A106 Communicate (with client) L120 Analysis/ Strategy: TC from client re business operations questions | 0.60 | $295.00 | $177.00 |
| Service | 05/09/2017 | A104 Review/analyze L220 Preliminary Injunctions/ Provisional Remedies: Review MB's living expenses email + attachments | 0.50 | $295.00 | $147.50 |
| Service | 05/10/2017 | A107 (ABA) Communicate (other outside counsel) L160 Settlement/Non-Binding ADR: Review MB email re ▇ + email to GZ passing along info | 0.20 | $295.00 | $59.00 |
| Service | 05/12/2017 | A106 Communicate (with client) L120 Analysis/ Strategy: TC from client re settlement strategy | 0.40 | $295.00 | $118.00 |
| Service | 05/12/2017 | A104 Review/analyze L220 Preliminary Injunctions/ Provisional Remedies: Review proposed order granting receiver's fees + filed order from court (cumulative 5/11-5/12) | 0.20 | $295.00 | $59.00 |
| Service | 05/12/2017 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR: Email from MB re settlement points | 0.20 | $295.00 | $59.00 |
| Service | 05/16/2017 | A106 Communicate (with client) L120 Analysis/ Strategy: TCs from client re case status | 0.20 | $295.00 | $59.00 |
| Service | 05/16/2017 | A108 Communicate (other external) L160 Settlement/ Non-Binding ADR: Emails to/from SL re conf call + emails from MB re ▇ | 0.30 | $295.00 | $88.50 |
| Service | 05/18/2017 | A106 Communicate (with client) L120 Analysis/ Strategy: TC to client re settlement strategy | 0.20 | $295.00 | $59.00 |
| Service | 05/18/2017 | A108 Communicate (other external) L160 Settlement/ Non-Binding ADR: TC w/ SL/GW (including pre-call prep + post-call follow-up w/ MB) | 2.20 | $295.00 | $649.00 |
| Service | 05/19/2017 | A106 Communicate (with client) L120 Analysis/ Strategy: Tc from client re settlement strategy | 0.70 | $295.00 | $206.50 |
| Service | 05/19/2017 | A108 Communicate (other external) L160 Settlement/ Non-Binding ADR: Draft email to FTC re intangibles | 0.70 | $295.00 | $206.50 |
| Service | 05/19/2017 | A108 Communicate (other external) L160 Settlement/ Non-Binding ADR: Review Zenfia docs from client | 0.50 | $295.00 | $147.50 |
| Service | 05/21/2017 | A106 Communicate (with client) L120 Analysis/ Strategy: Conf call w/ client + GZ + RH/ TC to client re settlement strategy | 0.60 | $295.00 | $177.00 |
| Service | 05/21/2017 | A108 Communicate (other external) L120 Analysis/ Strategy: Conf call w/ GZ + MB + RH re strategy | 1.10 | $295.00 | $324.50 |

Invoice # 001 - 05/22/2017

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/21/2017 | A104 Review/analyze L190 Other Case Assessment, Development and Administration: Review MB draft email to receiver + suggest edits | 0.20 | $295.00 | $59.00 |
| Service | 05/21/2017 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Review MB's proposed edits of settlement stip + TC to MB | 2.10 | $295.00 | $619.50 |
| Service | 05/22/2017 | A106 Communicate (with client) L120 Analysis/Strategy: TC to client re receiver issues | 0.20 | $295.00 | $59.00 |
| Service | 05/22/2017 | A106 Communicate (with client) L120 Analysis/Strategy: TC to client to answer receivership def question | 0.10 | $295.00 | $29.50 |
| Service | 05/22/2017 | A104 Review/analyze L190 Other Case Assessment, Development and Administration: Review emails between MB + receiver | 0.30 | $295.00 | $88.50 |
| Service | 05/22/2017 | A104 Review/analyze L190 Other Case Assessment, Development and Administration: Review emails to from MB/receiver + docs attached | 0.70 | $295.00 | $206.50 |
| Service | 05/22/2017 | A106 Communicate (with client) L110 Fact Investigation/Development: TCs from MB re entity operation/receiver's q's | 0.40 | $295.00 | $118.00 |
| Service | 05/22/2017 | A103 Draft/revise L160 Settlement/Non-Binding ADR: Revise MB edits into redline doc for FTC | 1.70 | $295.00 | $501.50 |

**Total** **$29,719.36**

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 001 | 06/21/2017 | $29,719.36 | $0.00 | $29,719.36 |
| | | | **Outstanding Balance** | **$29,719.36** |
| | | | **Total Amount Outstanding** | **$29,719.36** |

Please make all amounts payable to: The Law Office of Parker R. MacKay

Federal tax ID: 46-2716921

Please pay within 30 days.

Banner Page

P 1
06/02/2017 15:08
Serial No. A5AY011019500
TC: 153886

Job         2276
Sender      gzini
Title       Microsoft Word - Atty Fee Decl.docx
Interface   Network
Language    PCLXL
Date        15:08:59 JUN 2 2017