UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FEDERAL TRADE COMMISSION,

                Plaintiff,

-vs-

CREDIT BUREAU CENTER, LLC, *et al.*,

                Defendants.

Case No. 17-cv-194

## DECLARATION OF LAWRENCE C. RUBIN

**LAWRENCE C. RUBIN**, under penalty of perjury and in accordance with 28 U.S.C. § 1746, states and declares that the following is true and correct

1. I am a partner in the law firm of Taft Stettinius & Hollister LLP ("Taft"), and I was retained as local counsel for Defendants Credit Bureau Corporation ("CBC") and Michael Brown in the above-captioned action. Under my retainer agreement the defendants had agreed to compensate Taft at $425.00 per hour for my time in connection with this matter.

2. I have practiced law since 1972. A copy of my biography from my Firm's website is attached hereto as **Exhibit A**.

3. My normal and customary hourly rate is approximately $450.00 - $475.00 per hour for litigation matters. These rates are paid by the clients for whom I provided these services. In this matter, where I anticipated acting as local counsel only, I agreed to a discounted hourly rate of $425.00 per hour. In my experience this rate is a fair and reasonable fee charge by an attorney practicing in the United States District Court for the Northern District of Illinois with my level of experience in connection with this type of matter.

4. In this matter, I was briefly assisted by Anne Yonover, an associate with an hourly rate of $265.00 per hour, and Tom Dal Compo, a paralegal with an hourly rate of $145.00 per hour. In my experience these rates are fair and reasonable for the type of work they performed in connection with this matter.

5. True and correct copies of Taft's invoices for legal expenses and costs in this matter are collectively attached hereto as **Exhibit B.**

DATED:    Chicago, Illinois
             May 31, 2017

                                                    /s/ Lawrence C. Rubin
                                                    Lawrence C. Rubin

13514771.1

# EXHIBIT A



Taft Stettinius & Hollister LLP
http://www.taftlaw.com

Ann Arbor / Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

# Lawrence C. Rubin
Partner

**Office:** Chicago
**Address:** 111 East Wacker Suite 2800 / Chicago / Illinois 60601
**Email:** lrubin@taftlaw.com
**Telephone:** (312) 836-4017
**Fax:** (312) 966-8495



LAWRENCE C. RUBIN maintains an extensive business law practice with an emphasis in litigation. Larry has been practicing law since 1972. Larry was a partner and member of the executive committee of Shefsky & Froelich, prior to the merger with Taft in January 2014.

Larry has been awarded an AV® Peer Review Rating from Martindale-Hubbell, its highest rating for ethical standards and legal ability. In addition, he was named to the *Illinois Super Lawyers* list. Larry is a member of the Chicago Bar Association and serves on several committees including the Evaluation of Candidates for the Judiciary, Federal Rules of Civil Procedure, Judicial Evaluation and Reform and Bench-Bar Relations Committees.

Larry is a Certified Public Accountant. He received his B.S. from the University of Illinois and his J.D. from Northwestern University School of Law where he was a member of the *Northwestern University Law Review.*

### Recent Representations

- Representation of directors in a publicly traded company in litigation concerning allegations of securities and common law fraud.
- Representation of the owner of multi-million dollar mortgages in connection with several complex foreclosure actions involving well known projects in the Chicago area.
- Representation of shareholders in the restructuring of unsecured debt and equity interests, as well as a workout of the claims of secured lenders, in connection with a well-known company in the Chicago metropolitan area.

**Practice Groups:**
Litigation, Business Restructuring, Bankruptcy & Creditor Rights, Construction, Construction Claims, Estate Planning

**Bar/Court Admissions:**
*Federal*
7th Circuit Court of Appeals, Northern District of Illinois (Trial Bar), U.S. Supreme Court, U.S. Tax Court

*State*
Illinois

**Year First Admitted to Practice Law:**
1972

**Education:**
Northwestern University School of Law (1972), University of Illinois (1969)

**Professional Affiliations / Recognitions:**
Chicago Bar Association, Lexwork International



Taft Stettinius & Hollister LLP
http://www.taftlaw.com

Ann Arbor / Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

- Representation of members of the construction industry in connection with enforcement of mechanics' liens involving significant projects in the Chicago metropolitan area.
- Representation of franchises regarding financing, construction, contracts and franchisee-franchisor relationships.
- Representation of both employees and employer in connection with matters involving trade secrets, confidential information and restrictive covenants.
- Representation of members of limited liability companies in connection with the creation, enforcement, and dissolution of limited liability company agreements.
- Representation of trustees, beneficiaries in connection with trust and fiduciary litigation.
- Representation of individual and business entities in connection with commercial transactions and contract.
- Representation in class action litigation involving employment and consumer interests.
- Representation of litigants in connection with fraudulent transfer litigation.

# EXHIBIT B

# Taft/

Taft Stettinius & Hollister
111 East Wacker Drive, Suite 2800 / Chicago, IL 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com
FEIN#: 31-0541755

May 26, 2017
Invoice #: 3029128

Credit Bureau Center LLC, et al.
Parker R. MacKay, Esq.
3110 Delaware Avenue
The Law Office of Parker R. MacKay
Kenmore, NY 14217

---

## INVOICE SUMMARY

Client #: CBC24

For professional services rendered and costs advanced through April 30, 2017:

**RE: Credit Bureau Center LLC, et al.**

| Matter # | Matter Description | Fees | Costs Advanced | Discount | Total |
|---|---|---|---|---|---|
| GN001 | Federal Trade Commission | 807.50 | .00 | .00 | 807.50 |
| Total | | 807.50 | .00 | .00 | 807.50 |

| | |
|---|---|
| **TOTAL THIS INVOICE** | $ 807.50 |
| Previous Balance | $ 26,185.30 |
| **TOTAL BALANCE DUE** | $ 26,992.80 |
| Trust Funds Held on Account | $ 5,000.00 |

**DUE UPON RECEIPT**

Taft Stettinius & Hollister LLP    Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

Taft Stettinius & Hollister LLP

**Client/Matter # CBC24/GN001**  Invoice #: 3029128

RE: Federal Trade Commission

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description Of Services Rendered | Hours |
|---|---|---|---|
| 4/07/17 | LCRU | Phone call with G. Zini; send all current bills to G. Zini by email. | .60 |
| 4/12/17 | LCRU | Conference call with G. Zini and P MacKay regarding strategy on settlement. | .70 |
| 4/21/17 | LCRU | E-mail and phone. | .40 |
| 4/27/17 | LCRU | E-mails. | .20 |

TOTAL PROFESSIONAL SERVICES $ 807.50

**MATTER TOTAL** **$ 807.50**

**MONTHLY SUMMARY OF PRIOR INVOICES OUTSTANDING:**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 2993791 | 2/21/17 | 7,862.50 | .00 | 7,862.50 |
| 3006777 | 3/29/17 | 16,877.80 | .00 | 16,877.80 |
| 3019560 | 4/06/17 | 1,445.00 | .00 | 1,445.00 |

**TOTAL PRIOR BALANCE** $ **$ 26,185.30**

Taft Stettinius & Hollister LLP    Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

# Taft/
Taft Stettinius & Hollister
111 East Wacker Drive, Suite 2800 / Chicago, IL 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com
FEIN#: 31-0541755

May 26, 2017

Credit Bureau Center LLC, et al.
3110 Delaware Avenue
The Law Office of Parker R. MacKay
Kenmore, NY 14217

Invoice #: 3029128

## REMITTANCE ADVICE

Client/File #: CBC24    Credit Bureau Center LLC, et al.

| | |
|---|---|
| **PREVIOUS BALANCE** | $ $26,185.30 |
| **THIS INVOICE TOTAL** | $ $807.50 |
| **TOTAL BALANCE DUE** | $ <u>$26,992.80</u> |

Trust Funds Held on Account    $5,000.00

## DUE UPON RECEIPT

## PLEASE RETURN THIS PAGE WITH PAYMENT

Please return this advice with payment to:

Taft Stettinius & Hollister LLP
ATTN: Accounts Receivable

**Wire Transfer Instructions:**

U.S. Bank, N.A. Cincinnati, Ohio
Swift Code USBKUS44IMT
ABA# 042000013 Account # 8863540
Taft Stettinius & Hollister LLP
Send Notices to ACHPayment@taftlaw.com

**To Pay by Credit Card:**

__ Visa __ Mastercard __ AmEx __ Discover
Name on Card: _____
Account Number: _____
Expiration Date: _____ / _____ CVV CODE _____
Billing Address for Card:
_____
Amount to Charge: $ _____
Or contact your local Taft office

# Taft/

Taft Stettinius & Hollister
111 East Wacker Drive, Suite 2800 / Chicago, IL 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com
FEIN#: 31-0541755

April 6, 2017
Invoice #: 3019560

Credit Bureau Center LLC, et al.
Parker R. MacKay, Esq.
3110 Delaware Avenue
The Law Office of Parker R. MacKay
Kenmore, NY 14217

## INVOICE SUMMARY

Client #: CBC24

For professional services rendered and costs advanced through March 31, 2017:

**RE:** **Credit Bureau Center LLC, et al.**

| Matter # | Matter Description | Fees | Costs Advanced | Discount | Total |
|---|---|---|---|---|---|
| GN001 | Federal Trade Commission | 1,445.00 | .00 | .00 | 1,445.00 |
| Total | | 1,445.00 | .00 | .00 | 1,445.00 |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 1,445.00** |
| Previous Balance | $ 24,740.30 |
| **TOTAL BALANCE DUE** | **$ 26,185.30** |
| Trust Funds Held on Account  $ 5,000.00 | |

**DUE UPON RECEIPT**

Taft Stettinius & Hollister LLP

**Client/Matter # CBC24/GN001**  Invoice #: 3019560

RE: Federal Trade Commission

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description Of Services Rendered | Hours |
|---|---|---|---|
| 3/01/17 | LCRU | Several emails and phone. | .60 |
| 3/03/17 | LCRU | Emails and phone. | .30 |
| 3/06/17 | LCRU | Numerous emails. | .40 |
| 3/17/17 | LCRU | Rule 26 disclosure; various emails. | .40 |
| 3/24/17 | LCRU | Emails and phone. | .60 |
| 3/27/17 | LCRU | Emails and phone regarding status and settlement issues. | .70 |
| 3/28/17 | LCRU | Review various emails. | .40 |

TOTAL PROFESSIONAL SERVICES  $ 1,445.00

**MATTER TOTAL**  **$ 1,445.00**

**MONTHLY SUMMARY OF PRIOR INVOICES OUTSTANDING:**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 2993791 | 2/21/17 | 7,862.50 | .00 | 7,862.50 |
| 3006777 | 3/29/17 | 16,877.80 | .00 | 16,877.80 |

**TOTAL PRIOR BALANCE**  $  **$ 24,740.30**

Taft Stettinius & Hollister LLP    Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

**Taft/**
Taft Stettinius & Hollister
111 East Wacker Drive, Suite 2800 / Chicago, IL 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com
FEIN#: 31-0541755

April 6, 2017

Credit Bureau Center LLC, et al.
3110 Delaware Avenue
The Law Office of Parker R. MacKay
Kenmore, NY 14217

Invoice #: 3019560

## REMITTANCE ADVICE

Client/File #: CBC24    Credit Bureau Center LLC, et al.

| | |
|---|---|
| **PREVIOUS BALANCE** | $  $ 24,740.30 |
| **THIS INVOICE TOTAL** | $   $ 1,445.00 |
| **TOTAL BALANCE DUE** | $  $ 26,185.30 |

Trust Funds Held on Account    $ 5,000.00

## DUE UPON RECEIPT

## PLEASE RETURN THIS PAGE WITH PAYMENT

Please return this advice with payment to:

Taft Stettinius & Hollister LLP
ATTN: Accounts Receivable

### Wire Transfer Instructions:

U.S. Bank, N.A. Cincinnati, Ohio
Swift Code USBKUS44IMT
ABA# 042000013 Account # 8863540
Taft Stettinius & Hollister LLP
Send Notices to ACHPayment@taftlaw.com

### To Pay by Credit Card:

__ Visa __Mastercard __AmEx __Discover
Name on Card: _____
Account Number: _____
Expiration Date: _____/_____ CVV CODE _____
Billing Address for Card:
_____
Amount to Charge: $_____
Or contact your local Taft office

# Taft/
Taft Stettinius & Hollister
111 East Wacker Drive, Suite 2800 / Chicago, IL 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com
FEIN#: 31-0541755

March 29, 2017
Invoice #: 3006777

Credit Bureau Center LLC, et al.
Parker R. MacKay, Esq.
3110 Delaware Avenue
The Law Office of Parker R. MacKay
Kenmore, NY 14217

## INVOICE SUMMARY

Client #: CBC24

For professional services rendered and costs advanced through February 28, 2017:

**RE: Credit Bureau Center LLC, et al.**

| Matter # | Matter Description | Fees | Costs Advanced | Discount | Total |
|---|---|---|---|---|---|
| GN001 | Federal Trade Commission | 16,618.00 | 259.80 | .00 | 16,877.80 |
| Total | | 16,618.00 | 259.80 | .00 | 16,877.80 |

| | |
|---|---|
| **TOTAL THIS INVOICE** | $ 16,877.80 |
| Previous Balance | $ 7,862.50 |
| **TOTAL BALANCE DUE** | **$ 24,740.30** |
| Trust Funds Held on Account | $ 5,000.00 |

**DUE UPON RECEIPT**

Taft Stettinius & Hollister LLP

**Client/Matter # CBC24/GN001**  **Invoice #: 3006777**

**RE:** **Federal Trade Commission**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description Of Services Rendered | Hours |
|---|---|---|---|
| 2/01/17 | LCRU | Several emails and phone, issues regarding memorandum. | 2.60 |
| 2/02/17 | LCRU | Several emails and phone calls regarding briefs. | 1.90 |
| 2/03/17 | LCRU | Various phone calls with Zini regarding Memorandum and Exhibits; draft letter to Judge Kennelly delivery of Memorandum with exhibits. | 2.40 |
| 2/03/17 | TSDC | File Hearing documentation for Judge Kennelly at the U.S. District Court. | .50 |
| 2/06/17 | LCRU | Email, phone, motion to seal, strategy on service. | 1.70 |
| 2/07/17 | LCRU | Prepare for and meet with Gregory Zini, preparation for trial, research, review of FTC memorandum. | 4.50 |
| 2/08/17 | LCRU | Prepare for and attend court date; meeting with Gregory Zini, Parker MacKay and Mike Brown; prepare and return to court for preparation of cross and direct examination. | 4.00 |
| 2/08/17 | AY | Conduct research regarding [REDACTED] | 1.70 |
| 2/09/17 | LCRU | Phone and email regarding hearing and schedule. | .60 |
| 2/10/17 | LCRU | Numerous emails and phone. | 1.30 |
| 2/10/17 | TSDC | File E-Filing documentation with Judge Kennelly's Chambers at the U.S. District Court. | .50 |
| 2/13/17 | LCRU | Prepare and attend court, trial on preliminary injunction, preparation of witnesses, research on issue regarding use of corporate funds. | 4.80 |
| 2/14/17 | LCRU | Prepare and attend court, preparation for witness testimony, review of FTC materials and affidavits and phone records, research. | 6.50 |
| 2/15/17 | LCRU | Miscellaneous, phone. | .40 |
| 2/16/17 | LCRU | Emails. | .20 |
| 2/18/17 | LCRU | Review of complaint and supporting documentation regarding Federal Trade Commission v. Credit Bureau Center lawsuit. | 2.30 |
| 2/21/17 | LCRU | Review decision, several phone calls. | 1.60 |
| 2/22/17 | LCRU | Phone and strategy on decision. | .80 |
| 2/23/17 | LCRU | Email and phone. | .40 |
| 2/24/17 | LCRU | Conference call. | .60 |
| 2/24/17 | LCRU | Phone. | .20 |
| 2/26/17 | LCRU | Emails and phone. | .20 |
| 2/27/17 | LCRU | Order, emails, phone. | .40 |
| 2/28/17 | LCRU | Emails, phone. | .30 |

TOTAL PROFESSIONAL SERVICES  $ 16,618.00

**COSTS ADVANCED**

| Description | Amount |
|---|---|

Taft Stettinius & Hollister LLP    Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

Taft Stettinius & Hollister LLP

**Client/Matter # CBC24/GN001**          **Invoice #: 3006777**

| Date | Description | Amount |
|---|---|---:|
| 2/14/17 | Copying/printing | 205.80 |
| 2/16/17 | Cab fare, Lawrence C. Rubin, Taxis to and from court for hearings on: February 8, February 11, February 13 and February 14, 2017 | 54.00 |

                         **TOTAL COSTS ADVANCED**          **$ 259.80**

                         **MATTER TOTAL**          **$ 16,877.80**

## MONTHLY SUMMARY OF PRIOR INVOICES OUTSTANDING:

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---:|---:|---:|
| 2993791 | 2/21/17 | 7,862.50 | .00 | 7,862.50 |

                         **TOTAL PRIOR BALANCE**          $   **$ 7,862.50**

3

Taft Stettinius & Hollister LLP     Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

**Taft/**
Taft Stettinius & Hollister
111 East Wacker Drive, Suite 2800 / Chicago, IL 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com
FEIN#: 31-0541755

March 29, 2017

Credit Bureau Center LLC, et al.
3110 Delaware Avenue
The Law Office of Parker R. MacKay
Kenmore, NY 14217

Invoice #: 3006777

## REMITTANCE ADVICE

Client/File #: CBC24    Credit Bureau Center LLC, et al.

| | |
|---|---|
| **PREVIOUS BALANCE** | $ $7,862.50 |
| **THIS INVOICE TOTAL** | $ $16,877.80 |
| **TOTAL BALANCE DUE** | $ $24,740.30 |

Trust Funds Held on Account   $ 5,000.00

## DUE UPON RECEIPT

### PLEASE RETURN THIS PAGE WITH PAYMENT

Please return this advice with payment to:

Taft Stettinius & Hollister LLP
ATTN: Accounts Receivable

**Wire Transfer Instructions:**

U.S. Bank, N.A. Cincinnati, Ohio
Swift Code USBKUS44IMT
ABA# 042000013 Account # 8863540
Taft Stettinius & Hollister LLP
Send Notices to ACHPayment@taftlaw.com

**To Pay by Credit Card:**

__ Visa __Mastercard __AmEx __Discover
Name on Card: _____
Account Number: _____
Expiration Date: ____/____ CVV CODE _____
Billing Address for Card:

_____
Amount to Charge: $_____
Or contact your local Taft office

# Taft/

Taft Stettinius & Hollister
111 East Wacker Drive, Suite 2800 / Chicago, IL 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com
FEIN#: 31-0541755

February 21, 2017
Invoice #: 2993791

Credit Bureau Center LLC, et al.
Parker R. MacKay, Esq.
3110 Delaware Avenue
The Law Office of Parker R. MacKay
Kenmore, NY 14217

## INVOICE SUMMARY

Client #: CBC24

For professional services rendered and costs advanced through January 31, 2017:

**RE:   Credit Bureau Center LLC, et al.**

| Matter # | Matter Description | Fees | Costs Advanced | Discount | Total |
|---|---|---|---|---|---|
| GN001 | Federal Trade Commission | 7,862.50 | .00 | .00 | 7,862.50 |
| Total | | 7,862.50 | .00 | .00 | 7,862.50 |

**TOTAL THIS INVOICE**                                                                                          **$ 7,862.50**

Trust Funds Held on Account     $ 5,000.00

**DUE UPON RECEIPT**

Taft Stettinius & Hollister LLP    Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

Taft Stettinius & Hollister LLP

**Client/Matter # CBC24/GN001**  Invoice #: 2993791

RE:  Federal Trade Commission

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description Of Services Rendered | Hours |
|---|---|---|---|
| 1/17/17 | LCRU | Emails G. Zini and P. MacKay regarding FTC v. Credit Bureau lawsuit, phone and review documents, discuss amended complaint. | 1.30 |
| 1/18/17 | LCRU | Review of complaint and supporting documentation regarding lawsuit, phone and emails. | 2.30 |
| 1/19/17 | LCRU | Email from P. MacKay and G. Zini regarding FTC v. Credit Bureau lawsuit, phone regarding strategy for hearing and stipulation for extension. | 1.60 |
| 1/20/17 | LCRU | Numerous emails and phone calls regarding lawsuit. | 1.40 |
| 1/21/17 | LCRU | Review of emails and documents. | .80 |
| 1/23/17 | LCRU | Emails regarding FTC v. Credit Bureau lawsuit. | .80 |
| 1/24/17 | LCRU | Stipulation on extension of TRO and hearing, review correspondence to FTC; several emails. | 1.60 |
| 1/25/17 | LCRU | Several emails and phone calls regarding FTC v. Credit Bureau case. | .90 |
| 1/26/17 | LCRU | Numerous phone and emails. | 1.30 |
| 1/27/17 | LCRU | Numerous emails and phone calls. | .80 |
| 1/28/17 | LCRU | Conference calls; review of proposals numerous emails and phone. | 1.90 |
| 1/29/17 | LCRU | Numerous emails and phone. | 1.40 |
| 1/30/17 | LCRU | Numerous phone calls and emails. | 1.30 |
| 1/31/17 | LCRU | Numerous emails and phone calls. | 1.10 |

TOTAL PROFESSIONAL SERVICES  $ 7,862.50

**MATTER TOTAL**  **$ 7,862.50**

Taft Stettinius & Hollister LLP    Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

**Taft/**
Taft Stettinius & Hollister
111 East Wacker Drive, Suite 2800 / Chicago, IL 60601
Tel: 312.527.4000 / Fax: 312.527.4011
www.taftlaw.com
FEIN#: 31-0541755

February 21, 2017

Credit Bureau Center LLC, et al.
3110 Delaware Avenue
The Law Office of Parker R. MacKay
Kenmore, NY 14217

Invoice #: 2993791

## REMITTANCE ADVICE

Client/File #: CBC24      Credit Bureau Center LLC, et al.

**THIS INVOICE TOTAL**                                                           $   $ 7,862.50

Trust Funds Held on Account     $ 5,000.00

## DUE UPON RECEIPT

### PLEASE RETURN THIS PAGE WITH PAYMENT

Please return this advice with payment to:        Taft Stettinius & Hollister LLP
                                                  ATTN: Accounts Receivable

**Wire Transfer Instructions:**                   **To Pay by Credit Card:**

U.S. Bank, N.A. Cincinnati, Ohio                  __ Visa __Mastercard __AmEx __Discover
Swift Code USBKUS44IMT                            Name on Card: _____
ABA# 042000013 Account # 8863540                  Account Number: _____
Taft Stettinius & Hollister LLP                   Expiration Date: _____/_____ CVV CODE _____
Send Notices to ACHPayment@taftlaw.com            Billing Address for Card:
                                                  _____
                                                  Amount to Charge: $_____
                                                  Or contact your local Taft office