





**Parker McKay**    **Greg Zinni**

> Parker or Greg do you have 5 min now or sometime today? Ling want to do a quick call and confirm we allowed to use the past customer data and bill them (the good ones only)

> Will be quick

*Greg Zinni Lawfirm Partner Lawyer Parker Fri*

> Yes in a few. But the short answer is I think so.

> Ok please be more confident than I think so lol. Call me in a few

*Greg Zinni Lawfirm Partner Lawyer Parker Fri*

> I can't be more confident than I think so right at the moment. I need to look at the order again and I'm not in a place where I can do that right now. Want to talk in the am instead?

...are hereby restrained and enjoined from:







EXHIBIT C

> ...are hereby restrained and enjoined from:
>
> A. Selling, renting, leasing, transferring, or otherwise disclosing the name, address, birth date, telephone number, e-mail address, Social Security number, credit card number, bank account number, or other financial or identifying personal information of any person from whom or about whom any Defendant obtained such information in connection with activities alleged in the FTC's Complaint; and
>
> B. Benefiting from or using the name, address, birth date, telephone number, e-mail address, Social Security number, credit card number, bank account number, or other financial or identifying personal information of any person from whom or about whom any Defendant obtained such information in connection with activities alleged in the FTC's Complaint;

> We were relying on page 14 last sentence of paragraph "A". Only limits customer data if obtained by the bad activities alleged in the complaint

> If that screenshot is enough to be more confident let's do now. I know parker already said was ok. AM EST is hard for Ling since he pacific time

Greg Zinni Lawfirm Partner Lawyer Parker Fri

GL: Looks good to me. I will upgrade my response to "yes but anything can happen."

> Thx Greg