| | |
|---|---|
| Subject | **RE: Contempt Order** |
| From | Zini, Gregory <gzini@barclaydamon.com> |
| To | Stephen Cochell <srcochell@gmail.com>, Parker MacKay <Parker@mackaylawoffice.com> |
| Cc | Jonathan L. Slotter <jslotter@cochelllawfirm.com> |
| Date | 2017-10-10 13:21 |

Hi Steve,

I think the basic issue here is that we did not tell him to restart the business and use the old customer database. Accordingly, we could not ethically interpose a defense stating otherwise.

Because the issue concerned advice of counsel, which always is privileged, I did not prepare an affidavit concerning my discussions with Mr. Brown.

**From:** Stephen Cochell [mailto:srcochell@gmail.com]
**Sent:** Monday, October 09, 2017 10:17 PM
**To:** Parker MacKay; Zini, Gregory
**Cc:** Jonathan L. Slotter
**Subject:** Contempt Order

Gentlemen:

I had a lengthy discussion with our client today regarding the contempt of court issue. I'm at a loss as to why you took took the position that you took vis a vis the contempt. I assume that you were prepared to explain your position to the Court when you filed your motion to withdraw and that you probably prepared an affidavit.

Mike says you advised him that he could restart the business and use the old customer data base. Regardless of other issues, is that true?

What advice, if any, did you give Michael Brown after it became clear that he wanted to tell the court that you advised him that he could restart the business and use the prohibited customer information. The impact of a contempt order on the defense of this lawsuit is devastating to CBC and reflects adversely on Mike's credibility with the Court.

We are contemplating a motion to set aside the contempt order. Thus, we request that you provide us with a detailed explanation of what you contend happened and your factual and legal basis for your actions. In that vein, we believe that you have a fiduciary to this client to provide this explanation in order to avoid filing this motion if at all possible.

If we do not receive a response from you by or before October 15, 2017, we will take steps to file a motion with the Court to vacate the Order.


EXHIBIT D

--

Stephen R. Cochell

The Cochell Law Firm, P.C.

2616 South Loop West,

Ste 470

Houston

, Texas 77

054

(346)800- 3500 (phone)

(281) 819-2520 (facsimile)

CONFIDENTIALITY NOTICE
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, printing, copying, distribution or use of this e-mail including any attachment is prohibited. If you have received this message in error, please destroy this email and notify the sender by e-mail of the same.

## Gregory Zini

Partner

The Avant Building  •  200 Delaware Avenue  •  Suite 1200  •  Buffalo, NY 14202
D: (716) 858-3750  •  F: (716) 768-2750  • C: (716) 536-0933
E: gzini@barclaydamon.com

**barclaydamon.com**  •  **vCard**  •  **Profile**

This electronic mail transmission is intended only for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by e-mail and delete the original message. ~BD~