UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** <br> **Plaintiff,** <br><br> v. <br><br> **CREDIT BUREAU CENTER, LLC, *et al.*,** <br><br> **Defendants.** | § § § § § § § § § § | Case No. 17-cv-194 <br><br><br> **Judge Kennelly** <br><br><br> **Magistrate Judge Valdez** |

**DECLARATION OF COUNSEL, JONATHAN SLOTTER, IN SUPPORT OF DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**JONATHAN SLOTTER**, under penalty to perjury and in accordance with 28 U.S.C. §1746, states and declares that the following is true and correct:

1. I am a licensed attorney with the Cochell Law Firm, P.C. and have been assisting Mr. Cochell in this case. Because Michael Brown has been prohibited from access to customer information and data from Credit Bureau Center, I have reviewed and become familiar with the data base as well as BBB Complaints that were submitted by Erin McCool. ,Dkt 11-1 PX 9, McCool Dec. Att. A.

2. I created a document that listed every person that filed a BBB complaint of which CBC received. I then entered their information into the database in order to search and find what source code was associated with them. I then organized the document to compile the statistics. **Exhibit 1** will be filed under seal. Our search shows that there were 79 BBB complaints. There were 6 people from other source codes and 23 complaints from unknown source codes.

EXHIBIT D

3. In light of the Preliminary Injunction and Protective Order entered into this case, Michael Brown was not able to review information into the database, and was unable to enter source code into the database to help search for information. I entered all source code into the database that was provided by the FTC in discovery.

4. I am familiar with the declaration of Mr. Brown submitted with his Response to Plaintiff's Motion for Summary Judgment and his Cross Motion for Summary Judgment. With respect to various calculations, Brown supplied me with formulas in which he thought would work via Notepad application, and I entered them into the MYSQL application. Once I had some of the base formulas down, I was able to and did work with the formulas to acquire further data. The calculations and data set out primarily in Paragraphs 26(c) and 55-56 of Brown's declaration are true and accurate and were provided by me to Brown and Mr. Cochell. I attached copies of the formulae run through the data base and the results to provide transparency to the FTC and enable them to replicate the results if they so choose.

5. I did not provide Mr. Brown with any confidential information or access to the materials designated as confidential or AEO material.

6. I have also searched Andrew Lloyd's production of emails and determined that there were 296 emails that represented to consumers that they could click the link to CBC's website to obtain a "free credit report."

7. This is a summary of my testimony. I reserve the right to supplement or clarify my testimony if called as a witness at hearing or trial.

Executed on March 23, 2018.

Jonathan L. Slotter

Unregistered

1. Zakiya Adams
2. Flavio Benson
3. Kristine Berney
4. Andrew Bishop
5. Richard Blankenship
6. Claduia Casanova
7. Alexandra de Gonzalez
8. Sung Lee
9. Efrain Lozada
10. Joel Napier
11. Natalie Savidge
12. Stephanie Montero
13. Elizabeth Silva*
14. Vanessa Solorzano
15. Jack Drury*



EXHIBIT 1

ATTORNEYS EYES ONLY

Pierce

1. Juanita Cabrera
2. Melissa Campos
3. Sylvia Cantu
4. Wesley Choi
5. Julia Derk
6. Rose Dugan
7. Kendall Eldredge*
8. Martin Feigen
9. Erika Gonzalez-Roman
10. Christy Gosa
11. Casey Green
12. Katherine Hatch
13. Courtney Howard
14. Katie Krueger*
15. Stanley LeBlanc
16. Herbert F. May
17. Sarah McKenna
18. Leah Natali*
19. Courtney Neubauer
20. Julie Paveglio
21. Ryan Rhodes
22. Angelo Simeone
23. Janice Tiedemann
24. James Tucker
25. Stan Walker
26. Ronald Whitlock
27. Alex E. Wilson
28. Lisa Ader
29. Raemi Barnes
30. Jennifer Becker
31. Lilia Cabrera
32. Morgan Clark
33. Jose Collado
34. Jonathan Crocello
35. Chelsi Decker
36. Sharon Dunn
37. Lindsay Farr
38. LaKesha Fuller
39. John Gioscia
40. Brittany Gregorchik
41. Sae Ra Hwang
42. Bryan Jones
43. Christine Kickham
44. Katelyn Kitchens
45. Adam Knight*
46. Rebecca Lancaster*
47. Carina Lantz
48. Taylor Lee
49. Mayra A. Llamas
50. Jason Makowsky
51. Beatriz Malpica
52. Valerie Markle*
53. Georgia Mastroieni
54. Meredith McDonagh
55. David McLean*
56. Greta Moseson
57. Charles O'Connor
58. Corey Olson
59. Jessica Price
60. Blake Quarles*
61. David Reyes
62. James Roe*
63. Talia Salem
64. Jasmine Scott
65. Margaret Smith*
66. Chasta Spikes
67. Agnieszka Tyl
68. Kimberly Word
69. Doris Yu*
70. Achilles Aiken
71. Joe Broderick*
72. Brooklyn Dambach
73. Christopher Debenedetto*
74. Cierra Halstead*
75. Jessica Lamar
76. Julie Lee*
77. Madeline Redo
78. Shauna Spellman
79. Tina Sugameli

* Unconfirmed telephone number

ATTORNEYS EYES ONLY

Other Source Code

1. Robert Boop
2. Richard Claar
3. David Cranman
4. Ashley Hogate
5. Christopher Lane
6. Kathleen Sherburne

ATTORNEYS EYES ONLY

Unknown Source Code

1. Reyna Delgado
2. Daniela Dowd
3. Bruce Inman
4. Janell Krueger
5. Christine Landgraf
6. Katherine Leonard
7. Brandy Penuel
8. Eric Pratt
9. Julie Turpin
10. Garrett Arrieta
11. Kimberly Blake
12. Pierre Bonenberger
13. Veronica Chocholek
14. Jennifer Christy
15. Erica Lardizabal
16. Christina Loya
17. Alexi Reeve
18. Monique Reiser
19. Ian Sanders
20. Erica Sweeney
21. Jean Wang
22. Rachael Wheeler
23. Megan Wolfe*

ATTORNEYS EYES ONLY