# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

August 30, 2023

Before

DIANE S. SYKES, *Chief Judge*
JOEL M. FLAUM, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| No. 21-2945 | FEDERAL TRADE COMMISSION, Plaintiff - Appellee  v.  CREDIT BUREAU CENTER, LLC, and MICHAEL BROWN, Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-00194 Northern District of Illinois, Eastern Division District Judge Matthew F. Kennelly ||

We modify part IX.D of the amended judgment to remove this sentence: "Any money not used for such equitable relief is to be deposited to the U.S. Treasury as disgorgement." As modified, the judgment is **AFFIRMED**. The above is in accordance with the decision of this court entered on this date. No award of costs.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)